ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Respondent*
**LAS VEGAS DEVELOPMENT GROUP, LLC**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, in its capacity as Conservator for the Federal National Mortgage Association and Federal Home Loan Mortgage Corporation,<br><br>Petitioner,<br><br>vs.<br><br>LAS VEGAS DEVELOPMENT GROUP, LLC,<br><br>Respondent. | Case No. 2:17-cv-00908-JAD-VCF |

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND**
**(First Request)**

COMES NOW Petitioner, FEDERAL HOUSING FINANCE AGENCY, and Respondent, LAS VEGAS DEVELOPMENT GROUP, LLC, and hereby stipulate and agree as follows:

1. On March 31, 2017, Petitioner filed the instant action, which seeks to enforce an administrative subpoena served upon Respondent.

2. On May 31, 2017, Respondent filed an Objection to the instant Petition, together with a Motion to Quash.

3. On June 14, 2017, Petitioner filed a Response to the Respondent's Motion to

Quash, as well as a Cross-Motion for an Order Requiring Respondent to Comply with the Subpoena.

4. The deadline for Respondent's Reply in support of its Motion to Quash is presently June 21, 2017, while the deadline for its Response to Petitioner's Cross-Motion is presently June 28, 2017.

5. Respondent's counsel has been required to devote time and attention to numerous other pending legal matters which has detracted from the time available to prepare the subject Reply and Response. Moreover, the consolidation of the matters will result in judicial economy.

6. The deadline for both Respondent's Reply in support of its Motion to Quash and its Response to Petitioner's Cross-Motion shall be extended until July 3, 2017.

7. This Stipulation is made in good faith and not for purpose of delay.

Dated this ____22nd____ day of June, 2017.

| ROGER P. CROTEAU & ASSOCIATES, LTD. | FENNEMORE CRAIG, P.C. |
|---|---|
| /s/ *Timothy E. Rhoda* | /s/ *John D. Tennert* |
| TIMOTHY E. RHODA, ESQ. | JOHN D. TENNERT, ESQ. |
| Nevada Bar No. 7878 | Nevada Bar No. 11728 |
| 9120 West Post Road, Suite 100 | 300 E. Second St., Suite 1510 |
| Las Vegas, Nevada 89148 | Reno, Nevada 89501 |
| (702) 254-7775 | 775-788-2228 |
| croteaulaw@croteaulaw.com | lhart@fclaw.com |
| *Attorney for Respondent* | *Attorney for Petitioner* |
| *Las Vegas Development Group, LLC* | *Federal Housing Finance Agency* |

**IT IS SO ORDERED.**

By: _____
  Cam Ferenbach
  United States Magistrate Judge
Dated: __June 26, 2017__

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this ___22nd___ day of June, 2017, I served via the United States District Court CM/ECF electronic filing system, the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND (First Request)** to the following parties:

Leslie Bryan Hart
Fennemore Craig, P.C.
300 E. Second St.
Suite 1510
Reno, NV 89501-
775-788-2228
775-788-2229 (fax)
lhart@fclaw.com
*Attorney for Petitioner*
*Federal Housing Finance Agency*

Michael A.F. Johnson
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
202-942-5783
202-942-5999 (fax)
michael.johnson@apks.com
*Attorney for Petitioner*
*Federal Housing Finance Agency*

John D. Tennert
Fennemore Craig, P.C.
300 E. Second St.
Suite 1510
Reno, NV 89501
775-788-2212
775-788-2213 (fax)
jtennert@fclaw.com
*Attorney for Petitioner*
*Federal Housing Finance Agency*

        /s/ *Timothy E. Rhoda*
An employee of ROGER P. CROTEAU & ASSOCIATES, LTD.