# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br> LAS VEGAS DEVELOPMENT GROUP, LLC, <br><br> Defendant. | 2:17-cv-00908-JAD-VCF <br> **MINUTE ORDER** |
| FEDERAL HOUSING FINANCE AGENCY, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br> LAS VEGAS DEVELOPMENT, LLC, <br><br> Defendant. | 2:17-cv-00909-GMN-VCF <br> **MINUTE ORDER** |
| FEDERAL HOUSING FINANCE AGENCY, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br> LVDG, LLC, <br> Defendant. | 2:17-cv-00911-GMN-VCF <br> **MINUTE ORDER** |
| FEDERAL HOUSING FINANCE AGENCY, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br> NEVADA NEW BUILDS, LLC, <br> Defendant. | 2:17-cv-00912-JAD-VCF <br> **MINUTE ORDER** |

1   IT IS HEREBY ORDERED that a hearing on all pending motions, is scheduled for 10:00 AM,

2   August 16, 2017, Courtroom 3D.

3   Dated this 31st day of July, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE