# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br>LAS VEGAS DEVELOPMENT GROUP, LLC,<br>　　　　　　Defendant. | 2:17-cv-00908-JAD-VCF<br>**ORDER** |
| FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br>LAS VEGAS DEVELOPMENT, LLC,<br>　　　　　　Defendant. | 2:17-cv-00909-GMN-VCF<br>**ORDER** |
| FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br>LVDG, LLC,<br>　　　　　　Defendant. | 2:17-cv-00911-GMN-VCF<br>**ORDER** |
| FEDERAL HOUSING FINANCE AGENCY, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br>NEVADA NEW BUILDS, LLC,<br>　　　　　　Defendant. | 2:17-cv-00912-JAD-VCF<br>**ORDER** |

Before the Court are the following motions:

1. 2:17-cv-00908-JAD-VCF, Petition Of The Federal Housing Finance Agency For An Order Enforcing Subpoena Duces Tecum Issued In Furtherance Of Its Conservatorships Of Fannie Mae And Freddie Mac (ECF No. 1),
2. 2:17-cv-00908-JAD-VCF, Cross-Motion for an Order Requiring Respondent to Comply with the Subpoena and Memorandum in Opposition to Respondent's Motion to Quash (ECF No. 21),
3. 2:17-cv-00909-GMN-VCF, Petition Of The Federal Housing Finance Agency For An Order Enforcing Subpoena Duces Tecum Issued In Furtherance Of Its Conservatorships Of Fannie Mae And Freddie Mac (ECF No. 1),
4. 2:17-cv-00909-GMN-VCF, Cross-Motion for an Order Requiring Respondent to Comply with the Subpoena and Memorandum in Opposition to Respondent's Motion to Quash (ECF No. 17),
5. 2:17-cv-00909-GMN-VCF, Objection to Petition and Motion to Quash (ECF No. 18),
6. 2:17-cv-00911-GMN-VCF, Petition Of The Federal Housing Finance Agency For An Order Enforcing Subpoena Duces Tecum Issued In Furtherance Of Its Conservatorships Of Fannie Mae And Freddie Mac (ECF No. 1),
7. 2:17-cv-00911-GMN-VCF, Objection to Petition and Motion to Quash (ECF No. 16),
8. 2:17-cv-00911-GMN-VCF, Cross-Motion for an Order Requiring Respondent to Comply with the Subpoena and Memorandum in Opposition to Respondent's Motion to Quash (ECF No. 19),
9. 2:17-cv-00912-JAD-VCF, Petition Of The Federal Housing Finance Agency For An Order Enforcing Subpoena Duces Tecum Issued In Furtherance Of Its Conservatorships Of Fannie Mae And Freddie Mac (ECF No. 1), and,
10. 2:17-cv-00912-JAD-VCF, Motion for An Order Requiring Respondent to Comply with the Subpoena (ECF No. 15).

The Court held a hearing and heard representations from the parties.

Accordingly, and good cause appearing, IT IS HEREBY ORDERED that the parties must comply with the following on or before September 18, 2017.

1. Respondent shall provided Petitioner with the Assessor's Parcel Number (APN), and street address (including unit number, if any, and city, state, and zip code) of each property that Respondent and Respondent's affiliates have held or claimed an interest in and that was the subject of an HOA foreclosure completed under Nevada Revised Statute § 116.3116 between September 18, 2009 and the present.

2. Respondent shall not be required at this time to provide the Petitioner with any other information requested in the subpoena.

Dated this 16th day of August, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE